KIRK. J. ANDERSON (SBN 289043)
kanderson@budolaw.com
BUDO LAW P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

*Attorney(s) for Plaintiff Symbology Innovations, LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO

| | |
|---|---|
| **SYMBOLY INNOVATIONS, LLC,** | ) |
| *Plaintiff,* | ) C.A. No. 3:20-cv-00088-CAB-MSB |
| v. | ) **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| **GENERAL NUTRITION CORPORATION,** | ) |
| *Defendant.* | ) |

Plaintiff Symbology Innovations, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and Local Rule 77.2, hereby provides notice that it dismisses WITH prejudice all claims by Plaintiff against Defendant General Nutrition Corporation. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: April 6, 2020          Respectfully submitted

                              /s/ Kirk J. Anderson

Kirk. J. Anderson (SBN 289043)
kanderson@budolaw.com
BUDO LAW P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

***Attorney(s) for Plaintiff Symbology Innovations, LLC.***

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/ Kirk J. Anderson
Kirk J. Anderson

2
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL